# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Jose Neto and Fabiana Neto<br>dba   JFM Construction | CASE NO.: 12–23966–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–7472    xxx–xx–0701 | CHAPTER: 7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Marianne T. O'Toole is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 30, 2016

                                            Robert D. Drain, Bankruptcy Judge